ACCEPTED
15-24-00109-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/4/2025 11:02 AM
CHRISTOPHER A. PRINE
CLERK

# No. 15-24-00109-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/4/2025 11:02:25 AM
CHRISTOPHER A. PRINE
Clerk

**IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT
AUSTIN, TEXAS**

---

Brandon Hodges, individually and in his Official Capacity as Trustee of District for Midland ISD, et al.,

*Appellants*

*v.*

Pecos-Barstow-Toyah Independent School District, et al.

*Appellees*

---

Accelerated Appeal from the
201st Judicial District Court, Travis County
Cause No. D-1-GN-24-005018

---

### APPELLEES' UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF

---

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Pursuant to Rules 38.6(d) and 10.5(b) of the Texas Rules of Appellate Procedure, Appellees file this Unopposed Motion for an Extension of Time to file their appellees' brief and respectfully requests an extension of 30 days, making the Appellees' brief due on **March 13, 2025**.

Appellees' brief is currently due on February 11, 2025.

Appellees seek a **30-day** extension of this deadline.

Appellees have recently had numerous settings and deadlines in other matters. As a result, Appellees request an extension to ensure that Appellees provide the Court with a thorough, thoughtful, and well-composed brief.

Appellants are unopposed to this requested extension.

No prior extension has been sought for this filing, and its granting will prejudice no party.

## PRAYER

Accordingly, Appellees request a 30-day extension of time, resulting in a new deadline of March 13, 2025.

Respectfully submitted,

*/s/ Kevin O'Hanlon*
Kevin O'Hanlon
*kohanlon@808west.com*
State Bar No. 15235500
**O'HANLON, DEMERATH & CASTILLO**
808 West Avenue
Austin, Texas 78701
Tel: (512) 494-9949
Fax: (512) 494-9919

***Counsel for Appellees***

**CERTIFICATE OF CONFERENCE**

On February 3, 2025, I conferred with counsel for Appellants. Counsel for Appellants are unopposed to this motion for extension of time.

*/s/ Kevin O'Hanlon*
Kevin O'Hanlon

**CERTIFICATE OF SERVICE**

Pursuant to Tex. R. App. P. 9.5(e), an automated certificate of service will be generated when this document is e-filed.

*/s/ Kevin O'Hanlon*
Kevin O'Hanlon

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kathryn French on behalf of Kevin O'Hanlon
Bar No. 15235500
kfrench@808west.com
Envelope ID: 96953383
Filing Code Description: Motion
Filing Description: Appellees' 1st Unopposed MET - Brief
Status as of 2/4/2025 11:24 AM CST

Associated Case Party: Brandon Hodges, individually and in his official capacity as Trustee of District for Midland ISD

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Byron K.Henry | | byron.henry@solidcounsel.com | 2/4/2025 11:02:25 AM | SENT |
| Melissa Diaz | | melissa.diaz@solidcounsel.com | 2/4/2025 11:02:25 AM | SENT |
| Walker StevenYoung | | walker.young@solidcounsel.com | 2/4/2025 11:02:25 AM | SENT |

Associated Case Party: Pecos-Barstow-Toyah Independent School District

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kevin O'Hanlon | 15235500 | kohanlon@808west.com | 2/4/2025 11:02:25 AM | SENT |
| Lea Ohrstrom | | lohrstrom@808west.com | 2/4/2025 11:02:25 AM | SENT |
| Kathryn French | | kfrench@808west.com | 2/4/2025 11:02:25 AM | SENT |